**MEMO ENDORSED** 



*Attorneys at Law*
58 Stewart Avenue, Suite 410, Garden City, New York 11530
Tel: (516) 365-3731 Fax: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A Professional Limited Liability Company

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/21

October 4, 2021

**Via Electronic Court Filing (ECF)**
Hon. Valerie E. Caproni, USDCJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **Mercado v. William F. Ryan Community Health Center, Inc.**
              **1:21-cv-03424-VEC**

Dear Judge Caproni:

    This office represents Plaintiff, Egyy Mercado, in the above referenced action. We write, with no objection from Defendants, to request a 30-day extension of the time to reopen this action. The last day to reopen this matter is today, October 4, 2021.

    The final settlement agreement has been finalized. However, it has not been fully executed due to New York State's requirement of a mandated 21-day waiting period prior to execution and the 7-day revocation period upon execution.

    Thank you in advanced for considering this request.

                                  Respectfully Submitted,

                                  /s/
                                  MARJORIE MESIDOR

CC:    ALL ATTORNEYS OF RECORD

> Application DENIED. The parties have a contract remedy available to them should an issue arise with their settlement agreement.
>
> SO ORDERED.
>
> *[signature]*   10/5/21
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE